In the Matter of Arbitration between HOWARD M. PIERCE, Respondent, and BROWN BUICK COMPANY, INC., et al., Appellants.

Argued May 21, 1940; decided June 11, 1940.

, *Frederick B. Van Kleeck, Jr.,* for appellants.
*Morris Orenstein* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ. Taking no part: LEHMAN, Ch. J.